UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: MEGGA INDUSTRIES, INC.<br>AS OWNER AND/OR OPERATOR OF<br>THE BARGE MADD II,<br>C/W | *<br>*<br>*<br>* | |
| ELTON EDGERSON AND<br>DAVID TURNER, JR. | *<br>* | NO.: 18-11663 |
| | * | C/W 18-11804 |
| | * | DIV. B |
| VERSUS | * | MAG. 5 |
| | * | |
| MEGGA INDUSTRIES, INC and | * | |
| HILCORP ENERGY COMPANY | | |

## JUDGMENT

This cause came for bench trial on October 5-6, 2020 before the Honorable Ivan L.R. Lemelle. Closing arguments were held on November 2, 2020.

Considering the law, evidence and arguments of counsel to be in favor of the Plaintiffs, and for orally assigned reasons:

1. **IT IS ORDERED, ADJUDGED AND DECREED** that the limitation of liability action filed by Megga Industries, Inc. be and is hereby **DISMISSED;**

2. **IT IS ORDERED, ADJUDGED AND DECREED** that defendants, Megga Industries, Inc. and Hilcorp, Inc. are each equally at fault in these premises with liability apportioned fifty/fifty between these two defendants;

**3. IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Plaintiff, Elton Edgerson, and against the Defendants, Megga Industries, Inc., Hilcorp Energy Company and Talisman Casualty Insurance Company as follows:

| | |
|---|---|
| Past lost wages | $84,772.96 |
| Future lost wages | $368,000.00 |
| Past medical bills | $7,767.52 |
| Future medical bills | $7,500.00 |
| Pain and Suffering | |
| Past | $300,000.00 |
| Future | $200,000.00 |
| TOTAL | $968,040.48 |

together with legal interest on past damages from date of judicial demand until paid and post damages from the date of judgment until paid and for all taxable costs expended; and

**4. IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Plaintiff, David Turner, Jr. and against the Defendants Megga Industries, Inc., Hilcorp Energy Company and Talisman Casualty Insurance Company as follows:

| | |
|---|---|
| Past lost wages | $60,721.71 |
| Future lost wages | $350,000.00 |
| Past medical bills | $46,522.56 |
| Future medical bills | $5,000.00 |
| Pain and Suffering | |
| Past | $200,000.00 |
| Future | $150,000.00 |
| TOTAL | $812,244.30 |

together with legal interest on past damages from date of judicial demand until paid and

post damages from the date of judgment until paid and for all taxable costs expended.

Signed this ___19th___day of November, 2020 in New Orleans, Louisiana

HONORABLE IVAN L.R. LEMELLE